WILLIAM H. W. YOUNGS, Plaintiff, v. CLARISSA GOODMAN and Others, Defend-

ants. WALTER G. HERBERT, as Ancillary Administrator, etc., Impleaded with PHILIP BEROLZHEIMER, as Chamberlain, etc., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.